# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| In re: | § | |
|   John J. Windland | § | |
|   Valerie Windland, | § | Case No.: 19-31209 |
| | § | Chapter 13 |
|       Debtor. | § | |

## AMENDED MOTION TO MODIFY CHAPTER 13 PLAN PURSUANT TO THE CARES ACT

## NOTICE

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

COMES NOW, JOHN J. WINDLAND and VALERIE WINDLAND, Debtors, by and through their attorney of record in this case, TIMOTHY V. DANIEL, and respectfully file this Motion to Modify Chapter 13 Plan Pursuant to the CARES Act, as follows:

1. Debtors' seek to cure a plan arrearage of $6,639.25 and extend the plan to eighty-four months (84). Debtors' current monthly plan payment is $1,664.00 (Exhibit attached). Debtors' request that the payment be decreased to $1,371.00 beginning November 24, 2020 and continuing each month until the plan is competed.

2. Debtors' further request that the plan be extended to eighty-four (84) months from the commencement of the plan, as permitted by the CARES Act.

3. The base amount of the plan shall increase to $118,704.00 to pay additional interest principal and interest due to secured creditors and to pay counsel's fee.

4. Debtors' case was filed on July 24, 2019, before onset of the pandemic. For the most part, Debtors made payments on time in 2019. Beginning with the onset of the COVID-19 virus pandemic in 2020, John's hours were cut due to a decrease in work. During this same time period, Valerie's job search became more difficult as fewer jobs were available due to the pandemic and she remained unable to secure employment. As a direct consequence of the COVID-19 pandemic, Debtors fell behind on the Chapter 13 plan payments.

5. Counsel for Debtors hereby requests attorney fees, as an administrative claim, in the amount of $<u>450.00</u> as compensation for preparation of this motion.

WHEREFORE, the Debtors request that the Court modify the Chapter 13 plan as set forth above and grant attorney fees in the amount of $450.00 as an administrative claim.

Date: October 18, 2020                    Respectfully Submitted,

                                          TIMOTHY V. DANIEL, PC

                                          <u>/s/ Timothy V. Daniel</u>
                                          Timothy V. Daniel
                                          603 Mississippi Ave.
                                          El Paso, TX 79902
                                          Telephone: 915-487-0072
                                          Facsimile: 505-629-1528
                                          tim@timvdaniel.com

                                          COUNSEL FOR DEBTORS

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on <u>October 18, 2020</u>, a copy of the foregoing Motion to Modify Chapter 13 Plan Pursuant to the Care Act was served electronically or by regular United States mail to the Trustee, the Debtor, and all creditors listed herein on the attached matrix.

| | |
|---|---|
| Stuart C. Cox | |
| Standing Chapter 13 Trustee | John J. and Valerie Windland |
| 1760 N. Lee Trevino Dr. | 3613 Palm Grove Cir. |
| El Paso, TX 79936 | El Paso, TX 79936-8219 |

                                        <u>/s/Timothy V. Daniel</u>
                                        Timothy V. Daniel

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 19-31209-hcm<br>Western District of Texas<br>El Paso<br>Tue Sep 22 16:38:16 CDT 2020 | United States Trustee (SMG313)<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Armed Forces Bank<br>Po Box 26458<br>Kansas City, MO 64196-6458 | Armed Forces Bank, N.A.<br>Douglas M .Neeb<br>1111 Main St Ste 1600<br>Kansas City, MO 64105-2114 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Capital One<br>Po Box 30281<br>Salt Lake Cty, UT 84130-0281 | Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024-2302 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Comenity Bank/Victoria Secret<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Commonwealth Financial Systems<br>245 Main St<br>Dickson City, PA 18519-1641 | Conn Appliances, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | Conn's HomePlus<br>Box 2358<br>Beaumont, TX 77704-2358 |
| Convergent Outsourcing, Inc.<br>800 Sw 39th St<br>Renton, WA 98057-4927 | Credit Collection Service<br>Po Box 447<br>Norwood, MA 02062-0447 | Credit Management, LP<br>6080 Tennyson Parkway<br>Plano, TX 75024-6002 |
| Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | Cypress Finance Co.<br>8030 Alameda Ave<br>El Paso, TX 79915-4704 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | John J. Windland<br>3613 Palm Grove Cir<br>El Paso, TX 79936-8219 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding/Resurgent Capital<br>C/o Resurgent Capital Services<br>Greenville, SC 29602 | (p)OVATION SERVICES<br>ATTN BANKRUPTCY DEPT<br>4301 WESTBANK DRIVE<br>BLDG B SUITE 120<br>AUSTIN TX 78746-4468 | Ovation Services LLC<br>c/o Mary Elizabeth Heard<br>Harrison & Duncan PLLC<br>8700 Crownhill, Suite 505<br>San Antonio, TX 78209-1130 |
| Ovation Services LLC as agent for<br>FGMS Holdings LLC<br>c/o Mary Elizabeth Heard<br>8700 Crownhill Blvd, Ste 505<br>San Antonio, TX 78209-1130 | Ovation Services, LLC<br>8401 Datapoint Drive Ste 1000<br>San Antonio, TX 78229-5926 | Pendrick Capital Partners II, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 |

| | | |
|---|---|---|
| Pendrick Capital Partners, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Radius Global Solution<br>7831 Glenroy Rd Ste 250<br>Edina, MN 55439-3117 |
| Southwest Credit Systems<br>4120 International Pkwy<br>Carrollton, TX 75007-1958 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| Timothy V. Daniel, PC<br>1411 Montana Ave<br>El Paso, TX 79902-5617 | United States Trustee<br>615 E. Houston Suite 533<br>San Antonio, TX 78205-2055 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Stuart C. Cox<br>El Paso Chapter 13 Trustee<br>1760 N. Lee Trevino Dr.<br>El Paso, TX 79936-4565 | Timothy V. Daniel<br>Timothy V. Daniel, P.C.<br>603 Mississippi Ave.<br>El Paso, TX 79902-2415 | Valerie Windland<br>3613 Palm Grove Cir<br>El Paso, TX 79936-8219 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Ovation Services LLC<br>c/o Eddie Cantu<br>Creel Law Group, PLLC<br>4301 Westbank Dr., Bldg. B, Ste. 220<br>Austin, TX 78746 | Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)John J. Windland<br>3613 Palm Grove Cir<br>El Paso, TX 79936-8219 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     1<br>Total                  42 |