IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-31209-hcm |
| JOHN J. WINDLAND | § | Chapter 13 |
| and | § | |
| VALERIE WINDLAND | § | |
| *Debtors* | § | |

## TRUSTEE'S RESPONSE TO DEBTORS' AMENDED MOTION TO MODIFY CHAPTER 13 PLAN PURSUANT TO THE CARES ACT

To the Honorable H. Christopher Mott, United States Bankruptcy Judge:

STUART C. COX, Standing Chapter 13 Trustee ("Trustee") objects to Debtors' Motion and avers:

1. Trustee objects to the granting of the motion as it omits the amortization of modified plan payments over the extended length of the plan to equal the plan base.

2. Further, Trustee object to the granting of the motion as it is mathematically incorrect, and omits any cure for Debtors current plan payment delinquency.

3. Furthermore, Trustee objects to the awarding attorney's fees for the filing of this first motion to modify as this request does nott comport with the November 17, 2020 Standing Order For Chapter 13 Case Administration in the El Paso Division effective in all cases filed on or after November 1, 2017, and avers said request should be denied

**Relief Sought**

Trustee prays that Debtors' Motion be in all things denied. Trustee prays for such other and further relief as he may show himself justly entitled to in law or equity.

Respectfully submitted,

/s/Stuart C. Cox
Stuart C. Cox SBN: 00794992
Standing Chapter 13 Trustee
/s/Lucille Zavala
Lucille Zavala SBN: 22251370
Senior Staff Attorney

1760 N.  Lee Trevino Drive
El Paso, TX  79936
(915) 598-6769 telephone
(915) 598-9002 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the parties listed below and to the parties on the attached service list, by United States Mail, first class, postage prepaid on November 05, 2020.

JOHN J. WINDLAND
VALERIE WINDLAND
3613 PALM GROVE CIR
EL PASO, TX 79936-8219

TIMOTHY V. DANIEL
603 MISSISSIPPI AVE
EL PASO , TX 79902

/s/Stuart C. Cox
Stuart C. Cox
/s/Lucille Zavala
Lucille Zavala

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 19-31209-hcm<br>Western District of Texas<br>El Paso<br>Thu Nov  5 11:38:06 CST 2020 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 | Armed Forces Bank<br>Po Box 26458<br>Kansas City, MO 64196-6458 |
| Armed Forces Bank, N.A.<br>Douglas M .Neeb<br>1111 Main St Ste 1600<br>Kansas City, MO 64105-2114 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Capital One<br>Po Box 30281<br>Salt Lake Cty, UT 84130-0281 |
| Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024-2302 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Comenity Bank/Victoria Secret<br>Po Box 182789<br>Columbus, OH 43218-2789 | Commonwealth Financial Systems<br>245 Main St<br>Dickson City, PA 18519-1641 |
| Conn Appliances, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | Conn's HomePlus<br>Box 2358<br>Beaumont, TX 77704-2358 | Convergent Outsourcing, Inc.<br>800 Sw 39th St<br>Renton, WA 98057-4927 |
| Credit Collection Service<br>Po Box 447<br>Norwood, MA 02062-0447 | Credit Management, LP<br>6080 Tennyson Parkway<br>Plano, TX 75024-6002 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 |
| Cypress Finance Co.<br>8030 Alameda Ave<br>El Paso, TX 79915-4704 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 |
| John J. Windland<br>3613 Palm Grove Cir<br>El Paso, TX 79936-8219 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding/Resurgent Capital<br>C/o Resurgent Capital Services<br>Greenville, SC 29602 |
| (p)OVATION SERVICES<br>ATTN BANKRUPTCY DEPT<br>4301 WESTBANK DRIVE<br>BLDG B SUITE 120<br>AUSTIN TX 78746-4468 | Ovation Services LLC<br>c/o Mary Elizabeth Heard<br>Harrison & Duncan PLLC<br>8700 Crownhill, Suite 505<br>San Antonio, TX 78209-1130 | Ovation Services LLC as agent for<br>FGMS Holdings LLC<br>c/o Mary Elizabeth Heard<br>8700 Crownhill Blvd, Ste 505<br>San Antonio, TX 78209-1130 |
| Ovation Services, LLC<br>8401 Datapoint Drive Ste 1000<br>San Antonio, TX 78229-5926 | Pendrick Capital Partners II, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Pendrick Capital Partners, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 |

| | | |
|---|---|---|
| Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Radius Global Solution<br>7831 Glenroy Rd Ste 250<br>Edina, MN 55439-3117 | Southwest Credit Systems<br>4120 International Pkwy<br>Carrollton, TX 75007-1958 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Timothy V. Daniel, PC<br>1411 Montana Ave<br>El Paso, TX 79902-5617 |
| United States Trustee<br>615 E. Houston Suite 533<br>San Antonio, TX 78205-2055 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Stuart C. Cox<br>El Paso Chapter 13 Trustee<br>1760 N. Lee Trevino Dr.<br>El Paso, TX 79936-4565 |
| Timothy V. Daniel<br>Timothy V. Daniel, P.C.<br>603 Mississippi Ave.<br>El Paso, TX 79902-2415 | Valerie Windland<br>3613 Palm Grove Cir<br>El Paso, TX 79936-8219 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Ovation Services LLC<br>c/o Eddie Cantu<br>Creel Law Group, PLLC<br>4301 Westbank Dr., Bldg. B, Ste. 220<br>Austin, TX 78746 | Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)John J. Windland<br>3613 Palm Grove Cir<br>El Paso, TX 79936-8219 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     1<br>Total                  41 |